UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL BROWN, ET AL**                                                                                    **PLAINTIFFS**

**VS.**                              **CASE NO.  4:08CV00003 JMM**

**MICHAEL SCARBOROUGH, ET AL.**                                                            **DEFENDANTS**

**ORDER**

Having been notified that the parties have agreed to a dismissal of the above styled case, the Court finds that the complaint and all claims in this action should be dismissed.  The complaint and all claims against Michael Scarborough are hereby dismissed with prejudice.  The complaint and all claims in this action against the remaining defendants are hereby dismissed without prejudice.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this   24     day of  April  , 2008.


_____
James M. Moody
United States District Judge